## Wytheville.

### PUCKETT v. COMMONWEALTH.

#### June 13, 1907.

1. CRIMINAL LAW—*Sunday Laws—Violation by Employer and Employee.*—
Any person, whether employer or employee, who violates the pro-
visions of the Sabbath laws as contained in section 3799 of the
Code is amenable to the forfeiture thereby imposed. In other re-
spects, this case is controlled by *Wells* v. *Commonwealth, ante* p. 834.

Error to a judgment of the Circuit Court of Henrico county.

*Reversed.*

The opinion states the case.

*Wyndham R. Meredith,* for the plaintiff in error.

*Robert Catlett, Assistant to Attorney-General,* for the com-
monwealth.

BY THE COURT.

By consent this case was heard with the case of *Wells* v. *Com-
monwealth,* and is controlled by the decision therein.

It is contended that upon a correct interpretation of section
3799 of Va. Code, 1904, the employer, Wells, is liable for the
forfeiture prescribed for a violation of the section and not the
employee, Puckett.

We are of opinion that the statute is not susceptible of that

construction, but that *any person* who violates its provisions is amenable to the forfeiture imposed.    But, for the reasons set forth in the opinion handed down at the present term in the former case, the judgment of the circuit court in this case must be reversed and the warrant quashed.

BUCHANAN, J., (dissenting):

For reasons given in the dissenting opinion in *Wells v. Commonwealth, ante,* p. 834, I dissent from the opinion of the court in this case; and in this dissent Judge Harrison concurs.

*Reversed.*